DENNIS A. CAMMARANO/BAR NO. 123662
LAW OFFICES OF DENNIS A. CAMMARANO
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Defendant,
ALL NIPPON AIRWAYS CO., LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT KAUR dba AHLISHAN FASHION FABRICS, <br><br> Plaintiffs, <br><br> vs. <br><br> ALL NIPPON AIRWAYS CO., LTD.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: C06-01661 SI <br><br> **STIPULATION FOR DISMISSAL; ORDER [PROPOSED]** <br><br> Date: April 21, 2006 <br> Time: 2:00 p.m. <br> Place: Courtroom of the Honorable Susan Illston |

Plaintiff, SARBJIT KAUR dba AHLISHAN FASHION FABRICS, and Defendant, ALL NIPPON AIRWAYS CO., LTD., via their respective counsel of record, have reached a settlement of all claims in this matter. Accordingly, the parties request

//
//
//
//
//
//
//
//

1. that this action be dismissed, with prejudice, with each party to bear its own costs and attorney's fees. Additionally, the parties request that the Case Management Conference on calendar for April 21, 2006, at 2:00 p.m. be vacated.

Dated: April 18, 2006

RAZI A. SHAH

By: _____
Razi A. Shah
Attorney for Plaintiff,
SARBJIT KAUR dba
AHLISHAN FASHION
FABRICS

Dated: April 18, 2006

LAW OFFICES OF
DENNIS A. CAMMARANO

By: _____
Dennis A. Cammarano
Attorneys for Defendant,
ALL NIPPON AIRWAYS CO.,
LTD.
2243dismiss

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that this entire matter be dismissed, with prejudice, and with each party to bear its own costs and attorney's fees. The Case Management Conference calendared for April 21, 2006, at 2:00 p.m. is vacated.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |
| 3 | I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802. On April 19, 2006, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL; ORDER [PROPOSED]** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows: |
| 6 | Razi A. Shah, Esq.<br>Attorney at Law<br>2140 Shattuck Avenue, Suite 411<br>Berkeley, California 94704<br>FAX: (510) 486-1190 |
| 9 | ☐ **BY PERSONAL DELIVERY**. I delivered such envelope by hand to the offices of the addressee. |
| 10 | ☑ **BY MAIL**. I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 14 | ☑ **BY FACSIMILE TRANSMISSION**. I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine. Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine. |
| 17 | ☐ **BY FEDERAL EXPRESS**. I caused such envelope to be deposited at the Federal Express box at Long Beach, California for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Long Beach, California in the ordinary course of business for delivery to the addressee(s) |
| 20 | Executed on April 19, 2006, at Long Beach, California |
| 21 | ☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 23 | ☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 25 | *Lisa G. Bell* (signature)<br>Lisa G. Bell |